**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**STEVEN RICHARD HUTCHINGS**

**SEALED INDICTMENT**

3:26cr168-MCR

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about September 23, 2025, in the Northern District of Florida, the defendant,

**STEVEN RICHARD HUTCHINGS,**

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, "As the president of antifa, I vow to kill every pedophile including @Donald J. Trump," and "As the antifa leader, we believe in killing pedophiles we're coming for you. @Donald J. Trump."

In violation of Title 18, United States Code, Section 871.

**COUNT TWO**

On or about September 25, 2025, in the Northern District of Florida, the defendant,

**STEVEN RICHARD HUTCHINGS,**

FILED USDC FLND PN
OCT 20 '26 PM1:32

Returned in open court pursuant to Rule 6(f)
10/20/2026
Date

United States Magistrate Judge

did knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon, the President of the United States, specifically, “The only one that’s going to kill @Donald J. Trump is me, the only good pedophile is a dead one in my book.”

In violation of Title 18, United States Code, Section 871.

[redacted]

FOREPERSON

10/20/2026

DATE

JOHN P. HEEKIN
United States Attorney

JESSICA S. ETHERTON
Assistant United States Attorney